UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-00831-LJO-SAB (PC)<br><br>ORDER FINDING PLAINTIFF STATES A COGNIZABLE CLAIM OF DELIBERATE INDIFFERENCE AGAINST DEFENDANT BITER ONLY, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS FROM THE ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF Nos. 1, 8, 9] |

Plaintiff Chester Ray Wiseman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant complaint on June 2, 2014.

On October 3, 2014, the Magistrate Judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915, and found that Plaintiff stated a cognizable claim for deliberate indifference against Defendant Martin D. Biter.  The Court granted Plaintiff the option of filing a first amended complaint or notifying the Court of his intent to proceed only on his claim against Defendant Biter.

On October 20, 2014, Plaintiff notified the Court is his intent to proceed against Defendant Biter only.

///

///

///

Based on the foregoing, IT IS HEREBY ORDERED that:

1. For the reasons explained in the Court's October 3, 2014, order, this action shall proceed on Plaintiff's claim of deliberate indifference based on the conditions of his confinement against Defendant Biter;

2. All other claims and defendants are DISMISSED from the action for failure to state a cognizable claim for relief; and

3. The matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

Dated:   **November 18, 2014**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

4.

2