UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00831-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR A TEMPORARY RESTRAINING ORDER<br><br>[ECF Nos. 17, 26, 28] |

　　　　Plaintiff Chester Ray Wiseman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On April 24, 2015, the Magistrate Judge issued a Findings and Recommendations recommending denial of Plaintiff's motions for temporary restraining orders. (ECF No. 28.) The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days.

　　　　On June 8, 2015, Plaintiff filed objections to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.    The Findings and Recommendations, filed on April 24, 2015, is adopted in full; and

3     2.    Plaintiff's motions for a temporary restraining order are DENIED.

4 IT IS SO ORDERED.

5     Dated:   **June 9, 2015**             **/s/ Lawrence J. O'Neill**
6                                           UNITED STATES DISTRICT JUDGE