# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00831-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR COURT ORDER TO RETURN LEGAL PAPERS, FILED FEBRUARY 17, 2016<br><br>[ECF No. 60] |

Plaintiff Chester Ray Wiseman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 17, 2016, Plaintiff filed a motion for a court order to return his legal papers. (ECF No. 60.)  Plaintiff seeks an order for Defendants to provide him with a copy of his objections to the Findings and Recommendations submitted for copying on December 29, 2015.

In order to properly analyze and respond to Plaintiff's motion, it is HEREBY ORDERED that Defendants shall file a response to Plaintiff's motion within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **February 18, 2016**

UNITED STATES MAGISTRATE JUDGE

1