UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00831-DAD-SAB (PC)<br><br>ORDER VACATING FEBRUARY 19, 2016, ORDER AND DENYING AS MOOT PLAINTIFF'S MOTION FOR COURT ORDER TO RETURN LEGAL PAPERS<br><br>[ECF Nos. 60, 61, 62] |

Plaintiff Chester Ray Wiseman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 17, 2016, Plaintiff filed a motion for a court order to return his legal papers, in which Plaintiff seeks an order for Defendants to provide him with a copy of his objections to the Findings and Recommendations submitted for copying on December 29, 2015.  (ECF No. 60.)

On February 19, 2016, the Court directed Defendants to file a response to Plaintiff's motion. (ECF No. 61.)

On February 22, 2016, Plaintiff filed his objections to the pending Findings and Recommendations.  (ECF No. 62.)  Inasmuch as Plaintiff filed his objections, his motion for a court order to return said objections shall be denied and moot, and the Court's order directing Defendants to file a response to Plaintiff's motion will be vacated.

///

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion, filed February 17, 2016, for a court order to return his objections is DENIED as MOOT; and
2. The Court's February 19, 2016, order directing Defendants to file a response to Plaintiff's motion is VACATED.

IT IS SO ORDERED.

Dated: **February 23, 2016**

UNITED STATES MAGISTRATE JUDGE