# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00831-DAD-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S FOURTH AMENDED COMPLAINT LODGED ON FEBRUARY 22, 2016, AND DIRECTING THAT A NEW FOURTH AMENDED COMPLAINT BE FILED ON OR BEFORE OCTOBER 28, 2018<br><br>[ECF Nos. 65, |

　　　　Plaintiff Chester Ray Wiseman is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 7, 2015, the undersigned issued Findings and Recommendations recommending that Defendants' motion to dismiss based on qualified immunity for Plaintiff's conditions of confinement claim relating to exposure of Valley Fever at Pleasant Valley State Prison and Kern Valley State Prison be granted, and Plaintiff's motion for leave to amend as to his claim of deliberate indifference to a serious medical need be granted. (ECF No. 55.)

///
///
///
///

1

On September 26, 2018, the District Judge declined to adopt the portion of the Findings and Recommendations recommending that Defendants Biter and Trimble be granted qualified immunity based on Plaintiff's exposure to Valley Fever, and granted Plaintiff leave to file a fourth amended complaint as to his claim of deliberate indifference to a serious medical need. (ECF No. 75.) However, no deadline was set for Plaintiff's compliance with that order. (Id.)

The Court notes that on February 22, 2016, Plaintiff submitted a fourth amended complaint which was lodged. (ECF No. 65.) Plaintiff's submission of the fourth amended complaint was premature as the December 7, 2015 Findings and Recommendations had not yet been ruled upon. Therefore, the Court will strike the fourth amended complaint and direct Plaintiff to submit a new fourth amended in compliance with the Court's September 26, 2018 order.

Accordingly, the Court HEREBY ORDERS that:

1. Plaintiff's fourth amended complaint lodged on February 22, 2016 (ECF No. 65) is stricken from the record; and

2. Plaintiff must file his fourth amended complaint in compliance with the Court's September 26, 2018 order no later than **October 28, 2018**.

IT IS SO ORDERED.

Dated: **September 27, 2018**

UNITED STATES MAGISTRATE JUDGE