1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   CHESTER RAY WISEMAN,                Case No.: 1:17-cv-01166-AWI-JLT (PC)

12          Plaintiff,                  ORDER AFTER NOTICE OF ALL PARTIES
                                        ACCEPTANCE OF MEDIATOR'S PROPOSAL
13      v.

14   J. GONZALEZ,

15          Defendant.

16   _____
                                        Case No.: 1:14-cv-00831-DAD-SAB (PC)
17   CHESTER RAY WISEMAN,

18          Plaintiff,

19      v.

20   MARTIN BITER,

21          Defendant.

22   _____

23   CHESTER RAY WISEMAN,              Case No.: 1:18-cv-00126-LJO-SAB (PC)

24          Plaintiff,

25      v.

26   MARTIN BITER,

27          Defendant.

28

On January 28, 2019, after the settlement conference failed to yield a compromise, the Court issued a mediator's proposal (Doc. 43). The parties have all indicated they will accept the mediator's proposal without qualification. This constitutes settlement of cases <u>Wiseman v. Gonzalez</u>, Case No.: 1:17-cv-01166 AWI JLT, <u>Wiseman v. Biter</u>, Case No.: 1:14-cv-00831 DAD SAB (including both the trial level matter and the appeal) (<u>Biter I</u>) and <u>Wiseman v. Biter</u>, Case No.: 1:18-cv-00126 LJO SAB (<u>Biter II</u>). Consequently, the Court **ORDERS**:

1. Defense counsel **SHALL** provide the settlement documents the plaintiff no later than **March 15, 2019**;

2. The stipulation to dismiss the action **SHALL** be filed **<u>no later than May 3, 2019</u>**;

3. All pending dates, conferences and hearings are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

 Dated:  **March 12, 2019**     **/s/ Jennifer L. Thurston**
                UNITED STATES MAGISTRATE JUDGE